**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**REGINALD DUANTE DAVIS**
**and**
**KELVIN QUENTIN SCOTT WRIGHT**
______________________________/

**SEALED INDICTMENT**

1:26CR5 AW/ML

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 12, 2024, in the Northern District of Florida, the defendant,

**REGINALD DUANTE DAVIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about March 29, 2016, **REGINALD DUANTE DAVIS** was convicted in the State of Florida of Possession of a Firearm by a Convicted Felon; and

   b. On or about October 21, 2021, **REGINALD DUANTE DAVIS** was convicted in the State of Florida of Possession of Cocaine.

FILED USDC FLND GV FEB 24 '26 AM11:45

2. For each of these crimes, **REGINALD DUANTE DAVIS** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **REGINALD DUANTE DAVIS** did knowingly possess a firearm, to wit, a Taurus 9 millimeter pistol, and 9 millimeter ammunition, namely Remington Arms and CBC.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT TWO**

On or about April 12, 2024, in the Northern District of Florida, the defendant,

**KELVIN QUENTIN SCOTT WRIGHT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about September 5, 2019, **KELVIN QUENTIN SCOTT WRIGHT** was convicted in the State of Florida of Carrying a Concealed Firearm, and Possession of Cannabis over 20 grams;

b. On or about December 3, 2019, **KELVIN QUENTIN SCOTT WRIGHT** was convicted in the State of Florida of Grand Theft (Motor Vehicle); and

c. On or about December 4, 2019, **KELVIN QUENTIN SCOTT WRIGHT** was convicted in the State of Florida of Grand Theft (Motor Vehicle).

2. For each of these crimes, **KELVIN QUENTIN SCOTT WRIGHT** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **KELVIN QUENTIN SCOTT WRIGHT** did knowingly possess a firearm, to wit, a Taurus 9 millimeter pistol, and 9 millimeter ammunition, namely Remington Arms and CBC.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**CRIMINAL FORFEITURE**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendants,

**REGINALD DUANTE DAVIS,**
**and**
**KELVIN QUENTIN SCOTT WRIGHT,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts One and Two of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that these defendants have in the firearm and ammunition described above is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

Redacted

2/24/2026
DATE

JOHN P. HEEKIN
United States Attorney

CHRISTIE S. UTT
Assistant United States Attorney